NUMBER 13-03-068-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


JENNMAUR ASSOCIATES LIMITED A/K/A 

JEAN MAUR ASSOCIATES, LTD., AND 

D/B/A ROYAL PLACE APARTMENTS, Appellant,


v.



WEB LAUNDRY SERVICES CO., INC., Appellee.

____________________________________________________________________


On appeal from the 189th District Court


of Harris County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Hinojosa and Rodriguez


Opinion Per Curiam


 Appellant, JENNMAUR ASSOCIATES LIMITED A/K/A JEAN MAUR
ASSOCIATES, LTD., AND D/B/A ROYAL PLACE APARTMENTS, perfected an appeal
from a judgment entered by the 189th District Court of Harris County, Texas, in cause
number 99-45988. After the record and appellant's brief were filed, appellant filed an
unopposed motion to dismiss the appeal. In the motion, appellant states that this case
has been resolved and appellant no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. 
Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 28th day of August, 2003.